**Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00888-CV

_____

**ROBERTO LUIS FRUTO GUEVARA, Appellant**

**V.**

**CONSUELA LEONA TSINNIJINNIE, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-212348**

---

## O R D E R

The notice of appeal in this case was filed November 3, 2014. The clerk's record was filed December 16, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 28, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM